No. 97–9. HONEYWELL, INC., ET AL. v. MINNESOTA LIFE AND HEALTH INSURANCE GUARANTY ASSN. C. A. 8th Cir. Certiorari denied. 

No. 97–10. SALAZAR v. CASSEL. Ct. App. N. M. Certiorari denied.

No. 97–11. MURR v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 97–12. ROWE v. WALGREEN CO. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 97–13. DREW ET AL. v. RICOH CORP. C. A. 4th Cir. Certiorari denied. 

No. 97–15. DAWSON v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. 

No. 97–17. HALL, TRUSTEE, ET AL. v. FEDERAL FINANCIAL CO. C. A. 4th Cir. Certiorari denied. 

No. 97–18. DAVID v. CITY AND COUNTY OF DENVER ET AL. C. A. 10th Cir. Certiorari denied. 

No. 97–19. SMITH v. SUPREME COURT OF COLORADO (two judgments). Sup. Ct. Colo. Certiorari denied. 

No. 97–20. NELMIDA v. SHELLY EUROCARS, INC., DBA BMW OF HONOLULU, LTD., ET AL. C. A. 9th Cir. Certiorari denied. 

No. 97–21. MAYS v. MISSISSIPPI. Ct. App. Miss. Certiorari denied. 

No. 97–22. SCHRAGER v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied. 

No. 97–24. BAILEY v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 97–25. LIBERTARIAN PARTY OF ILLINOIS ET AL. v. REDNOUR ET AL. C. A. 7th Cir. Certiorari denied.